■ DONALD A. PETRUCCI, Appellant, v SANDRA M. PETRUCCI, as Administratrix of the Estate of MARIE PETRUCCI, Deceased, et al., Respondents.—Judgment unanimously affirmed, without costs, for reasons stated in opinion at Special Term, Wolf, J. *(Petrucci v Petrucci,* 123 Misc 2d 925; *see also, Tendrich v Tendrich,* 193 F2d 368; *Matter of Violi,* 65 NY2d 392, 395). (Appeal from judgment of Supreme Court, Erie County, Wolf, J.—summary judgment.) Present—Doerr, J. P., Boomer, Green, O'Donnell and Pine, JJ.